**Order entered January 31, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01364-CV

### MUAMAR ANANI, HANADI ANANI, BIG D CONCRETE, INC., AND ANANI, LLC, Appellants

### V.

### JOSEPH ABUZAID, NADIA ADNANI A/K/A NADIA ABUZAID AND DAVID EDWARD WITTWER, Appellees

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-09866-D

## ORDER

Before the Court is appellants' January 27, 2017 opposed motion for extension of time to file their brief. Appellants' motion is **GRANTED**. Appellants' brief shall be filed no later than **FEBRUARY 28, 2017**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE